HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

R.D., a minor, by and through her personal representatives, CATHERINE DAVIS and SEAN DAVIS; and CATHERINE DAVIS individually; and SEAN DAVIS, individually,

Plaintiffs,

v.

LAKE WASHINGTON SCHOOL DISTRICT,

Defendant.

Case No. 2:18-cv-01009 RAJ

ORDER

As discussed with the parties on the June 26, 2019 telephonic conference, following summary judgment to Defendant on Plaintiffs' ADA and Section 504 claims, the only remaining claims in this lawsuit are pursuant to state law. The Court declines to exercise supplemental jurisdiction of these state law claims and instead will remand them to King County Superior Court. *See Carnegie–Mellon Univ. v. Cohill*, 484 U.S. 343, 350 n. 7 (1988) ("in the usual case in which all federal-law claims are eliminated before trial, the balance of factors to be considered under the pendent jurisdiction doctrine-judicial economy, convenience, fairness, and comity-will point toward declining to exercise jurisdiction over the remaining state-law claims.").

For the reasons stated above, and during the Court's telephonic conference, the remaining claims are hereby **REMANDED** to King County Superior Court. The clerk is

ORDER – 1

instructed to vacate the current trial date and **STRIKE** all pending motions.

DATED this 26th day of June, 2019.

*Richard A. Jones*
The Honorable Richard A. Jones
United States District Judge

ORDER – 2